IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| BENNIE BUTLER, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:11-CV-131 (WLS) |
| | : | |
| BELLSOUTH | : | |
| TELECOMMUNICATIONS, LLC, and | : | |
| COMMUNICATIONS WORKERS | : | |
| OF AMERICA LOCAL 3201, | : | |
|     Defendants. | : | |
| _____ | : | |

### ORDER

Upon review of the docket, the Court notes that it appears that an entry of judgment was entered as to all defendants by clerical error in the above-captioned case. Based on the Court's Order, however, the claims against Bellsouth, and not the Communication Workers, should have been the only claims dismissed.

Under Rule 60 of the Federal Rules of Civil Procedure, a Court may sua sponte correct a clerical error. *See* Fed. R. Civ. P. 60(a). But because the Communication Workers of America Local 3201 have pointed out in a subsequently filed case that the claims against them were due to be dismissed as untimely in any event, Defendant CWA's Motion to Dismiss, *Butler v. Bellsouth Telecommunications, LLC, et al*, No. 1:12-cv-189 (WLS) (M.D. Ga. May 5, 2013), the Court finds the best course of action is the following. Within **fourteen (14) days** from the entry of this Order, the remaining Parties—Butler and the Communication Workers—shall show cause why this case should not be reopened. No response briefs will be permitted.

**SO ORDERED**, this   19th   day of November, 2013.

                                              /s/ W. Louis Sands
                                              **W. LOUIS SANDS, JUDGE**
                                              **UNITED STATES DISTRICT COURT**